# Exhibit 2

| US11471072B2 | Oura Ring 4 ("The accused product") |
|---|---|
| 1. A non-transitory computer readable medium carrying computer executable instructions configured to cause a portable device to execute a method comprising the steps of: | The accused product comprises a non-transitory computer readable medium (e.g., a memory storage of the accused product) carrying computer executable instructions (e.g., instructions stored in memory such as operating system instructions, app instructions, etc.) configured to cause a portable device (e.g., the accused product) to execute a method.<br><br>The accused product is a portable device that comprises memory storage. It includes firmware to perform its functions. The memory storage contains instructions and data related to the firmware.<br><br><br>https://ouraring.com/product/rings/oura-ring-4/silver |



Source: Usage of the accused product

## **Memory Capacity**

We recommend you sync your Oura Ring daily with your Oura App. However, the Oura Ring is capable of storing up to one week of data depending on the type and frequency of use. This means that your ring can continue to collect data without syncing to your device for up to one week. This would apply in the case that you wanted to enable Airplane Mode for an extended period of time.

https://support.ouraring.com/hc/en-us/articles/360025428394-Product-Safety-Use



https://www.smartprix.com/smart_rings/oura-ring-4-ppd1yc6av0m2



Source: Usage of the accused product

# Oura Ring 4 Firmware Updates

To get the most from your Oura experience, be sure to keep up-to-date with the latest versions of the Oura App software and ring firmware.

Members may receive firmware updates at different times as they're rolled out gradually. The dates listed below reflect when the update has been fully rolled out to all members.

Firmware update information for Gen3 can be found here, and software updates here.

https://support.ouraring.com/hc/en-us/articles/34036777934227-Oura-Ring-4-Firmware-Updates

# **Firmware Definition**

**Firmware** is a form of microcode or program embedded into hardware devices to help them operate effectively. Hardware like cameras, mobile phones, network cards, optical drives, printers, routers, scanners, and television remotes rely on firmware built into their memory to function smoothly.

Firmware is often referred to as "software for hardware." However, there is a difference between firmware and software. Firmware provides instructions to help hardware start up, communicate with other devices, and perform basic input/output tasks. Software, on the other hand, is installed onto a device and used for interaction, such as browsing the internet, word processing, listening to music, and videoconferencing.

https://www.fortinet.com/resources/cyberglossary/what-is-firmware

|  | As shown below, the accused product comprises memory storage |
|  |  |
|  | *Source: Teardown of the accused product* |
| measuring a physical periodic motion of a peripheral artery with a pulse sensor,<br><br>***1: 5-10***<br><br>("According to an embodiment, a pulse monitor includes a sensor disposed over | The accused product practices measuring a physical periodic motion (e.g., periodic expansion and contraction motion of artery corresponding to heart pumping, pulse rate, etc.) of a peripheral artery (e.g., radial and digital at fingers of a user) with a pulse sensor (e.g., heart rate sensor, etc.).<br><br>The accused product is a ring and comprises photoplethysmography sensors (heart rate sensors). It includes two heart rate sensors: green and infrared optical sensors. When a user puts the ring on their finger, it measures heart rate using these sensors. |

| | |
|---|---|
| *an artery (e.g., a peripheral artery), such as a wrist-worn sensor that may detect a periodic expansion of the radial artery. The frequency of the periodic expansion is indicative of heart rate.")* |  |

## How accurate is the Oura Ring?    —

The sensors in the Oura Ring have been tested against laboratory results in multiple validation studies. See The Pulse Blog for more on Oura in research and scientific studies.

Wearables differ in where they're worn, the sensors they use, and how they process data. For the most consistent and meaningful insights, it's best to track trends and changes over time within your Oura Ring and Oura App, rather than comparing your Oura results to those from other devices.

https://ouraring.com/product/rings/oura-ring-4/silver

## Tech Specifications

♡ **Sensors**

Red and infrared LEDs measure blood oxygen levels

Green and infrared LEDs alternate to measure heart rate and heart rate variability 24/7 and respiration rate

Digital sensor measures temperature trend variations

Accelerometer tracks movement and activity 24/7

⊘ **Compatibility**

Oura App is available in Czech, Danish, Dutch, English, Finnish, French, German, Italian, Japanese, Norwegian, Spanish, and Swedish

Supports metric and imperial units of measurement

Integrates with 40+ apps

Available on iOS and Android

https://ouraring.com/product/rings/oura-ring-4/silver

# Advanced Sensor Suite

Oura Ring 4 features a completely redesigned multi-sensor system, offering unparalleled accuracy.

- **18-path multi-wavelength photoplethysmography (PPG)**:
    - Red and infrared LEDs measure blood oxygen levels (SpO2) while you sleep.
    - Green and infrared LEDs track heart rate (HR) and heart rate variability (HRV) 24/7, as well as respiration rate during sleep.

https://ouraring.com/blog/technology-in-oura-ring-4/



https://ouraring.com/blog/technology-in-oura-ring-4/



Source: Usage of the accused product

### **Sensors**

- Smart Sensing is a new sensing platform designed to give you the most complete picture of your health. The research-grade sensors work with an algorithm that adapts to the unique structure and skin tone of your finger and your current activity to deliver the most accurate, continuous data, day and night—all while optimizing battery life
- Red and infrared LEDs measure blood oxygen while you sleep
- Green and infrared PPG sensors alternate to measure heart rate 24/7 and heart rate variability and respiration rate during your sleep
- Digital temperature sensor measures average body temperature variations
- Accelerometer tracks movement and activity 24/7

https://support.ouraring.com/hc/en-us/articles/33045011508115-Oura-Ring-4

Your **heart rate** is the number of times your heart beats per minute. Your heart rate is commonly called your pulse.

https://www.heart.org/en/health-topics/high-blood-pressure/the-facts-about-high-blood-pressure/all-about-heart-rate-pulse



Source: Usage of the accused product



measuring a physical periodic motion of a peripheral artery with a pulse sensor

https://www.youtube.com/watch?v=xGBDEcGY0a4

## What Is Live Heart Rate?

With Live Heart Rate, you can check your heart rate at any time during the day. Just tap to see your heart rate instantly. You can access Live Heart Rate through the 24-hour heart rate graph.

## How Live Heart Rate Works

Oura uses green LEDs to measure your heart rate in real-time. The process uses photoplethysmography (PPG) technology at a frequency of 50Hz.

PPG technology works by shining a light onto the surface of your skin. When this reaches your blood vessels, some of the light is reflected back onto a photodetector. The intensity of light reflected back captures the amount of blood in your blood vessel via a waveform.

https://support.ouraring.com/hc/en-us/articles/4410651298963-Live-Heart-Rate

## How to Use Live Heart Rate

**1.** Go to your home screen to view your 24-hour heart rate graph. You'll see your most recent heart rate reading along with how recently it was updated.



https://support.ouraring.com/hc/en-us/articles/4410651298963-Live-Heart-Rate

**3.** Once the reading is complete, your heart rate graph will update with your current heart rate in beats per minute (BPM).



https://support.ouraring.com/hc/en-us/articles/4410651298963-Live-Heart-Rate

As shown below, the Oura Ring functions when worn on any finger of the user's hand. A hand contains several peripheral arteries, such as the radial and digital arteries. The user's pulse rate can be measured through these arteries. These arteries expand and contract in correspondence with the pumping of the heart, which is a periodic physical motion. The heart rate (i.e., pulse rate) is determined by counting the number of such periodic motions over a given time interval, or by measuring the frequency of these motions in the arteries (e.g., peripheral arteries), using the heart sensors of the accused product.

The Oura Ring works on all fingers and can be worn on either hand.

For optimal performance and accuracy, we recommend wearing your Oura Ring on your index finger.

If you prefer another finger, the middle or ring fingers are the next best but try to avoid fingers with large knuckles (where the base of your finger is narrower than the knuckle). Try a few sizes on different fingers to find the ideal fit.

https://support.ouraring.com/hc/en-us/articles/360025590653-Tips-for-Determining-Your-Oura-Ring-Size



https://www.ncbi.nlm.nih.gov/books/NBK546583/figure/article-32410.image.f2/



https://www.lybrate.com/topic/radial-artery-image

| | |
|---|---|
| | **Electrical (electrocardiography)**: Your heart generates a small electrical current with every heartbeat. Heart rate monitors with electrical detection capabilities can detect and track that current.<br><br>**Optical (photoplethysmography)**: These devices use infrared light to see the expansion of your arteries as your heart pumps blood through them. These devices track your pulse rate, and some can also estimate the oxygen levels in your blood.<br>https://my.clevelandclinic.org/health/diagnostics/23429-heart-rate-monitor |
| each measured physical periodic motion including a modulation and a pulse rate, wherein the modulation corresponds to a difference or ratio between systolic peak and diastolic hump corresponding to respective expansion of the peripheral artery during the physical periodic motion; | The accused product practices such that each measured physical periodic motion (e.g., periodic expansion and contraction motion of artery corresponding to heart pumping, pulse rate, etc.) including a modulation (e.g., heart rate variability, HRV, etc.) and a pulse rate (e.g., heart rate, etc.), wherein the modulation (e.g., heart rate variability, HRV, etc.) corresponds to a difference or ratio between systolic peak (e.g., R-peak of a heart electric signal which indicates peak during systolic phase, etc.) and diastolic hump (e.g., T-peak of a heart electric signal which indicates diastolic hump, etc.) corresponding to respective expansion of the peripheral artery (e.g., radial and digital at fingers of a user) during the physical periodic motion (e.g., heart rate which measures periodic motion of heart beating, pulse rate, etc.).<br><br>The accused product is a ring and comprises photoplethysmography sensors (heart rate sensors). It includes two heart rate sensors: green and infrared optical sensors. When a user puts the ring on their finger, it measures heart rate using these sensors. |

## How accurate is the Oura Ring?    —

The sensors in the Oura Ring have been tested against laboratory results in multiple validation studies. See The Pulse Blog for more on Oura in research and scientific studies.

Wearables differ in where they're worn, the sensors they use, and how they process data. For the most consistent and meaningful insights, it's best to track trends and changes over time within your Oura Ring and Oura App, rather than comparing your Oura results to those from other devices.

https://ouraring.com/product/rings/oura-ring-4/silver



https://ouraring.com/product/rings/oura-ring-4/silver

# Advanced Sensor Suite

Oura Ring 4 features a completely redesigned multi-sensor system, offering unparalleled accuracy.

- **18-path multi-wavelength photoplethysmography (PPG)**:
  - Red and infrared LEDs measure blood oxygen levels (SpO2) while you sleep.
  - Green and infrared LEDs track heart rate (HR) and heart rate variability (HRV) 24/7, as well as respiration rate during sleep.

https://ouraring.com/blog/technology-in-oura-ring-4/



https://ouraring.com/blog/technology-in-oura-ring-4/



Source: Usage of the accused product

### Sensors

- Smart Sensing is a new sensing platform designed to give you the most complete picture of your health. The research-grade sensors work with an algorithm that adapts to the unique structure and skin tone of your finger and your current activity to deliver the most accurate, continuous data, day and night—all while optimizing battery life
- Red and infrared LEDs measure blood oxygen while you sleep
- Green and infrared PPG sensors alternate to measure heart rate 24/7 and heart rate variability and respiration rate during your sleep
- Digital temperature sensor measures average body temperature variations
- Accelerometer tracks movement and activity 24/7

https://support.ouraring.com/hc/en-us/articles/33045011508115-Oura-Ring-4

Your **heart rate** is the number of times your heart beats per minute. Your heart rate is commonly called your pulse.

https://www.heart.org/en/health-topics/high-blood-pressure/the-facts-about-high-blood-pressure/all-about-heart-rate-pulse



Source: Usage of the accused product



https://www.youtube.com/watch?v=xGBDEcGY0a4

## What Is Live Heart Rate?

With Live Heart Rate, you can check your heart rate at any time during the day. Just tap to see your heart rate instantly. You can access Live Heart Rate through the 24-hour heart rate graph.

## How Live Heart Rate Works

Oura uses green LEDs to measure your heart rate in real-time. The process uses photoplethysmography (PPG) technology at a frequency of 50Hz.

PPG technology works by shining a light onto the surface of your skin. When this reaches your blood vessels, some of the light is reflected back onto a photodetector. The intensity of light reflected back captures the amount of blood in your blood vessel via a waveform.

https://support.ouraring.com/hc/en-us/articles/4410651298963-Live-Heart-Rate

## How to Use Live Heart Rate

**1.** Go to your home screen to view your 24-hour heart rate graph. You'll see your most recent heart rate reading along with how recently it was updated.



https://support.ouraring.com/hc/en-us/articles/4410651298963-Live-Heart-Rate

**3.** Once the reading is complete, your heart rate graph will update with your current heart rate in beats per minute (BPM).



https://support.ouraring.com/hc/en-us/articles/4410651298963-Live-Heart-Rate

As shown below, the Oura Ring functions when worn on any finger of the user's hand. A hand contains several peripheral arteries, such as the radial and digital arteries, through which the user's heart rate can be measured. The accused product determines two metrics: heart rate and heart rate variability (HRV) (e.g., modulation) using its heart sensors. Heart rate represents the number of heartbeats within a given time period, while heart rate variability measures the variation in time between consecutive heartbeats.

The Oura Ring works on all fingers and can be worn on either hand.

For optimal performance and accuracy, we recommend wearing your Oura Ring on your index finger.

If you prefer another finger, the middle or ring fingers are the next best but try to avoid fingers with large knuckles (where the base of your finger is narrower than the knuckle). Try a few sizes on different fingers to find the ideal fit.

https://support.ouraring.com/hc/en-us/articles/360025590653-Tips-for-Determining-Your-Oura-Ring-Size



https://www.ncbi.nlm.nih.gov/books/NBK546583/figure/article-32410.image.f2/

**Electrical (electrocardiography)**: Your heart generates a small electrical current with every heartbeat. Heart rate monitors with electrical detection capabilities can detect and track that current.

**Optical (photoplethysmography)**: These devices use infrared light to see the expansion of your arteries as your heart pumps blood through them. These devices track your pulse rate, and some can also estimate the oxygen levels in your blood.

https://my.clevelandclinic.org/health/diagnostics/23429-heart-rate-monitor

## How Oura Measures HRV

Oura calculates your nighttime HRV using the root mean square of the successive differences (rMSSD), a well-known HRV parameter that provides a reliable and accurate view of your autonomic nervous system's activity. **The average HRV you see is the mean of all five-minute samples taken while you sleep.** Oura accounts for changes in your HRV every five minutes throughout the night, instead of just once at a single point during the night. This continuous tracking offers greater accuracy and gives you a more detailed view of how your body is responding to stress from the previous day—and how well it's preparing for the day ahead.

https://support.ouraring.com/hc/en-us/articles/360025441974-Heart-Rate-Variability

Oura provides you with the following heart rate variability metrics:

- **Average HRV**: Your average HRV captured over the entire night
- **Max HRV**: Your highest HRV value captured over the entire night



https://support.ouraring.com/hc/en-us/articles/360025441974-Heart-Rate-Variability



Source: Usage of the accused product

HRV is simply a measure of the variation in time between each heartbeat. This variation is controlled by a primitive part of the nervous system called the autonomic nervous system (ANS). It works behind the scenes, automatically regulating our heart rate, blood pressure, breathing, and digestion among other key tasks. The ANS is subdivided into two large components: the sympathetic and the parasympathetic nervous system, also known as the fight-or-flight mechanism and the relaxation response.

https://www.health.harvard.edu/blog/heart-rate-variability-new-way-track-well-2017112212789

But why use HRV to measure stress? According to Harvard, HRV is controlled by our autonomic nervous system (ANS). It's a part of our nervous system that automatically adjusts our heart rate, blood pressure, and breathing rate in response to environmental stressors. This part of the nervous system is balanced by two parts that control our high stress flight/fight response and relaxed states. If your HRV is low — if there exists a slight variation between heartbeats — it's a possible indicator that your ANS could be in a higher stress mode. If your HRV is high and the intervals between heartbeats are more varied, you're likely in a more relaxed state.

https://www.androidauthority.com/how-does-galaxy-watch-measure-stress-3234828/

Simply, HRV is a measure of the variation in time between your heartbeats and can be used as a guide to help manage stress. If you're in fight-or-flight mode, for example, your heart pumps faster and time between beats becomes shorter. This reduces HRV and indicates higher stress.

https://www.webmd.com/balance/stress-management/news/20240104/heart-rate-variability-anti-stress-weapon

During a beat interval, the radial and digital arteries undergoes expansion during systolic phase (followed by a diastolic phase) of the beat cycle. If T is the duration of a pulse, and T1 and T2 correspond to the timing of a systolic peak and a diastolic hump respectively relative to the start of the pulse, T2-T1 corresponds to the modulation in respect of the periodic motion of the radial and digital arteries. If during the next pulse cycle, the pulse duration becomes $\alpha*T$, the difference between systolic peak and

|  | diastolic hump will become $(T+ \alpha*T2) – (T+ \alpha*T1) = \alpha(T2-T1)$ considering the shape of arterial line waveforms. The change (modulation) in the difference between systolic peak and diastolic hump will, in successive beat cycles, will be: $\alpha(T2-T1)- (T2-T1) = (T2-T1) (\alpha-1)$. T2-T1 is scaled by $(\alpha -1)$ as a consequence of change in the duration of pulse. The value $(\alpha-1)$ is nothing but a measure of heart rate variability, defined as the variation in beat-to-beat interval. Considering T and $\alpha*T$ as the pulse durations in successive cycles hereinabove, the variation in beat-to-beat interval will be: $\alpha*T-T= T (\alpha-1)$. The modulation corresponding to a difference or ratio between systolic peak and diastolic hump corresponding to respective expansion of the peripheral artery during the physical periodic motion is therefore heart rate variability. |

While RHR measures the number of beats per minute at resting, HRV measures the fluctuation in time between successive heart beats. On an electrocardiogram reading, we will see a number of spikes within each heartbeat. First is PR interval (atrial polarization or activation), followed by the QT interval (ventricular depolarization and repolarization). Within the QT interval is the QRS complex, as seen in the large spike on the picture. The top of this spike is the R wave, and the distance between R waves is known as the R-R interval, which is then used to calculate HRV.



https://performanceoptimalhealth.com/blog/exercise/heart-rate-variability/



https://performanceoptimalhealth.com/blog/exercise/heart-rate-variability/



https://derangedphysiology.com/main/cicm-primary-exam/required-reading/cardiovascular-system/Chapter%20760/normal-arterial-line-waveforms

| receiving the modulation and the pulse rate with a microcontroller and saving the modulation and the pulse rate to a buffer memory as a modulation history and a pulse rate history, | The accused product practices receiving the modulation (e.g., heart rate variability, HRV, etc.) and the pulse rate (e.g., heart rate, etc.) with a microcontroller (e.g., processor of the accused product) and saving the modulation (e.g., heart rate variability, HRV, etc.) and the pulse rate (e.g., heart rate, etc.) to a buffer memory (e.g., RAM of the accused product) as a modulation history (e.g., heart rate variability historical data) and a pulse rate history (e.g., heart rate historical data). The accused product determines heart rate (e.g., pulse rate) and heart rate variability (e.g., modulation) using heart rate sensors. It calculates values for these metrics from the sensor data using its processor. |
|---|---|

The accused product provides a stress determination feature. It estimates stress of a person using heart rate and heart rate variability metrices. For the stress estimation, it determines a baseline value of HRV which is a rolling average of earlier measured HRV values. The accused product stores heart rate values and heart rate variability values for determining baseline value in its memory storage.

Furthermore, the accused product determines the daily average heart rate and heart rate variability values during sleep. It further stores data from up to seven days to compute the averages

### What Is Live Heart Rate?

With Live Heart Rate, you can check your heart rate at any time during the day. Just tap to see your heart rate instantly. You can access Live Heart Rate through the 24-hour heart rate graph.

### How Live Heart Rate Works

Oura uses green LEDs to measure your heart rate in real-time. The process uses photoplethysmography (PPG) technology at a frequency of 50Hz.

PPG technology works by shining a light onto the surface of your skin. When this reaches your blood vessels, some of the light is reflected back onto a photodetector. The intensity of light reflected back captures the amount of blood in your blood vessel via a waveform.

https://support.ouraring.com/hc/en-us/articles/4410651298963-Live-Heart-Rate

## How to Use Live Heart Rate

**1.** Go to your home screen to view your 24-hour heart rate graph. You'll see your most recent heart rate reading along with how recently it was updated.



https://support.ouraring.com/hc/en-us/articles/4410651298963-Live-Heart-Rate

**3.** Once the reading is complete, your heart rate graph will update with your current heart rate in beats per minute (BPM).



https://support.ouraring.com/hc/en-us/articles/4410651298963-Live-Heart-Rate



Source: Usage of the accused product

### How Oura Measures HRV

Oura calculates your nighttime HRV using the root mean square of the successive differences (rMSSD), a well-known HRV parameter that provides a reliable and accurate view of your autonomic nervous system's activity. **The average HRV you see is the mean of all five-minute samples taken while you sleep.** Oura accounts for changes in your HRV every five minutes throughout the night, instead of just once at a single point during the night. This continuous tracking offers greater accuracy and gives you a more detailed view of how your body is responding to stress from the previous day— and how well it's preparing for the day ahead.

https://support.ouraring.com/hc/en-us/articles/360025441974-Heart-Rate-Variability

Oura provides you with the following heart rate variability metrics:

- **Average HRV**: Your average HRV captured over the entire night
- **Max HRV**: Your highest HRV value captured over the entire night



modulation history

https://support.ouraring.com/hc/en-us/articles/360025441974-Heart-Rate-Variability

## Oura's HRV Measurements

Monitoring your HRV with a wearable like Oura over time can provide clues about your physical and mental health. That's why HRV is one of the contributors to your daily Readiness Score in the Oura App, which tells you how primed your body is for the day ahead. Oura members can also track their long-term HRV data in the Trends tab to monitor their stress levels over a period of time.

https://ouraring.com/blog/hrv-and-stress/?srsltid=AfmBOopskludCj60Yu8nPML949w-HauShr0NsECbPT3ERRAnxsAUks2X



Source: Usage of the accused product

# How to Detect Stress by Monitoring Your HRV

HRV monitoring can help you track how your HRV changes over time, providing insights into the state of your nervous system. It can reveal how your body responds to both external stressors and internal factors such as your thoughts, emotions, and feelings. While your doctor can order an electrocardiogram (ECG) to measure your HRV, the easiest way to track it is with a wearable device like Oura Ring.

Here are four ways you can use your Oura HRV data to detect stress:

# 1. Establish Your Baseline

After a few weeks of wearing your Oura Ring, the Oura App will establish your baseline HRV. Once you know your baseline, you'll be able to detect any significant variations.

https://ouraring.com/blog/hrv-and-stress/?srsltid=AfmBOopskludCj60Yu8nPML949w-HauShr0NsECbPT3ERRAnxsAUks2X

## What Is **Daytime Stress?**

Stress is your body's natural response to both internal and external challenges and is neither inherently good nor bad. Everyone feels stress, but the causes — and how we respond — are highly personal. Physical activity, work, illness, jetlag, emotional stress, hormone fluctuations, social interactions, and stimulants like coffee can all be stressors on the body.

https://support.ouraring.com/hc/en-us/articles/21205822135315-Daytime-Stress



https://support.ouraring.com/hc/en-us/articles/21205822135315-Daytime-Stress

As shown below, the Oura Ring functions when worn on any finger of the user's hand. A hand contains several peripheral arteries, such as the radial and digital arteries, through which the user's heart rate can be measured. The accused product determines two metrics: heart rate and heart rate variability (HRV) (e.g., modulation) using its heart

sensors. Heart rate represents the number of heartbeats within a given time period, while heart rate variability measures the variation in time between consecutive heartbeats.

The Oura Ring works on all fingers and can be worn on either hand.

For optimal performance and accuracy, we recommend wearing your Oura Ring on your index finger.

If you prefer another finger, the middle or ring fingers are the next best but try to avoid fingers with large knuckles (where the base of your finger is narrower than the knuckle). Try a few sizes on different fingers to find the ideal fit.

https://support.ouraring.com/hc/en-us/articles/360025590653-Tips-for-Determining-Your-Oura-Ring-Size



https://www.ncbi.nlm.nih.gov/books/NBK546583/figure/article-32410.image.f2/

HRV is simply a measure of the variation in time between each heartbeat. This variation is controlled by a primitive part of the nervous system called the autonomic nervous system (ANS). It works behind the scenes, automatically regulating our heart rate, blood pressure, breathing, and digestion among other key tasks. The ANS is subdivided into two large components: the sympathetic and the parasympathetic nervous system, also known as the fight-or-flight mechanism and the relaxation response.

https://www.health.harvard.edu/blog/heart-rate-variability-new-way-track-well-2017112212789

But why use HRV to measure stress? According to Harvard, HRV is controlled by our autonomic nervous system (ANS). It's a part of our nervous system that automatically adjusts our heart rate, blood pressure, and breathing rate in response to environmental stressors. This part of the nervous system is balanced by two parts that control our high stress flight/fight response and relaxed states. If your HRV is low — if there exists a slight variation between heartbeats — it's a possible indicator that your ANS could be in a higher stress mode. If your HRV is high and the intervals between heartbeats are more varied, you're likely in a more relaxed state.

https://www.androidauthority.com/how-does-galaxy-watch-measure-stress-3234828/

Simply, HRV is a measure of the variation in time between your heartbeats and can be used as a guide to help manage stress. If you're in fight-or-flight mode, for example, your heart pumps faster and time between beats becomes shorter. This reduces HRV and indicates higher stress.

https://www.webmd.com/balance/stress-management/news/20240104/heart-rate-variability-anti-stress-weapon

- If you're using a heart rate variability tracker for the first time, look at your HRV average over the course of a week to learn your baseline. Once you learn your baseline, you'll have a better idea of what a high or low HRV is for you, then can take steps to modify your routine depending on how you're tracking. "It is better to follow your own individual trend of HRV over time to help you make decisions on any given day," he adds.

https://www.hss.edu/article_heart-rate-variability.asp

Generally, the normal heart rate at rest for adults is between 60 and 100 beats per minute.[4] The average HRV for a person with a resting heart rate of 60 beats per minute would be one second, but actual HRV values could have a broader fluctuation.[5]

There isn't a specific "normal" range that applies to everyone. One person's normal could be abnormal for you. Consistently wearing a tracking device for a few weeks can help you determine your baseline HRV measurement.

https://www.verywellhealth.com/heart-rate-variability-5215411

If you track your HRV data at home using a smartwatch or fitness tracker, it's a good idea to compare your data to your own baseline. Generally, a higher HRV is considered "better" than a lower HRV, but this varies from person to person. If you notice any major shifts in your HRV, talk with a healthcare professional.

https://www.healthline.com/health/heart-health/heart-rate-variability-chart#hrv-guidelines

Ever wonder what stress or anxiety looks like in your body? With Oura, you can see the physical effects of stress on the body with the new Daytime Stress feature, as well as your personal heart rate variability (HRV) metric. HRV is an effective indicator of how much your system is leaning towards a "stress" as opposed to a "rest" response.

https://ouraring.com/blog/use-oura-to-manage-stress/?srsltid=AfmBOoo4_RyabHIw-I5tvlFf1Ld8tVahiVMcPW69JOqHRKom_jd5AKS1



Source: Usage of the accused product



https://www.youtube.com/watch?v=xGBDEcGY0a4

## What Is Live Heart Rate?

With Live Heart Rate, you can check your heart rate at any time during the day. Just tap to see your heart rate instantly. You can access Live Heart Rate through the 24-hour heart rate graph.

## How Live Heart Rate Works

Oura uses green LEDs to measure your heart rate in real-time. The process uses photoplethysmography (PPG) technology at a frequency of 50Hz.

PPG technology works by shining a light onto the surface of your skin. When this reaches your blood vessels, some of the light is reflected back onto a photodetector. The intensity of light reflected back captures the amount of blood in your blood vessel via a waveform.

https://support.ouraring.com/hc/en-us/articles/4410651298963-Live-Heart-Rate

## How to Use Live Heart Rate

**1.** Go to your home screen to view your 24-hour heart rate graph. You'll see your most recent heart rate reading along with how recently it was updated.



https://support.ouraring.com/hc/en-us/articles/4410651298963-Live-Heart-Rate

**3.** Once the reading is complete, your heart rate graph will update with your current heart rate in beats per minute (BPM).



https://support.ouraring.com/hc/en-us/articles/4410651298963-Live-Heart-Rate

As shown below, the accused product comprises a processor and a RAM memory storage.

## Memory Capacity

We recommend you sync your Oura Ring daily with your Oura App. However, the Oura Ring is capable of storing up to one week of data depending on the type and frequency of use. This means that your ring can continue to collect data without syncing to your device for up to one week. This would apply in the case that you wanted to enable Airplane Mode for an extended period of time.

https://support.ouraring.com/hc/en-us/articles/360025428394-Product-Safety-Use



https://www.smartprix.com/smart_rings/oura-ring-4-ppd1yc6av0m2



*Source: Teardown of the accused product*

| | |
|---|---|
| determining, with the microcontroller, at least one limit further including at least one of a modulation limit value, a pulse rate limit value, and a blood flow limit value, from the modulation history and the pulse rate history; | The accused product practices determining, with the microcontroller (e.g., processor of the accused product), at least one limit (e.g., baseline limit) further including at least one of a modulation limit value (e.g., a limit related to heart rate variability, HRV limit, etc.), a pulse rate limit value, and a blood flow limit value, from the modulation history (e.g., historical measured HRV values) and the pulse rate history (e.g., historical measured heart rate values). |
| | The accused product determines heart rate (e.g., pulse rate) and heart rate variability (e.g., modulation) using heart rate sensors. It calculates values for these metrics from the sensor data using its processor. |
| | The accused product provides a stress determination feature. It estimates stress of a person using heart rate and heart rate variability metrices. For the stress estimation, it determines a baseline value of HRV which is a rolling average of earlier measured HRV |

values.

### What Is Live Heart Rate?

With Live Heart Rate, you can check your heart rate at any time during the day. Just tap to see your heart rate instantly. You can access Live Heart Rate through the 24-hour heart rate graph.

### How Live Heart Rate Works

Oura uses green LEDs to measure your heart rate in real-time. The process uses photoplethysmography (PPG) technology at a frequency of 50Hz.

PPG technology works by shining a light onto the surface of your skin. When this reaches your blood vessels, some of the light is reflected back onto a photodetector. The intensity of light reflected back captures the amount of blood in your blood vessel via a waveform.

https://support.ouraring.com/hc/en-us/articles/4410651298963-Live-Heart-Rate

### How to Use Live Heart Rate

**1.** Go to your home screen to view your 24-hour heart rate graph. You'll see your most recent heart rate reading along with how recently it was updated.



https://support.ouraring.com/hc/en-us/articles/4410651298963-Live-Heart-Rate

**3.** Once the reading is complete, your heart rate graph will update with your current heart rate in beats per minute (BPM).



https://support.ouraring.com/hc/en-us/articles/4410651298963-Live-Heart-Rate



Source: Usage of the accused product

### How Oura Measures HRV

Oura calculates your nighttime HRV using the root mean square of the successive differences (rMSSD), a well-known HRV parameter that provides a reliable and accurate view of your autonomic nervous system's activity. **The average HRV you see is the mean of all five-minute samples taken while you sleep.** Oura accounts for changes in your HRV every five minutes throughout the night, instead of just once at a single point during the night. This continuous tracking offers greater accuracy and gives you a more detailed view of how your body is responding to stress from the previous day— and how well it's preparing for the day ahead.

https://support.ouraring.com/hc/en-us/articles/360025441974-Heart-Rate-Variability

Oura provides you with the following heart rate variability metrics:

- **Average HRV**: Your average HRV captured over the entire night
- **Max HRV**: Your highest HRV value captured over the entire night



https://support.ouraring.com/hc/en-us/articles/360025441974-Heart-Rate-Variability



Source: Usage of the accused product

As shown below, the Oura Ring functions when worn on any finger of the user's hand. A hand contains several peripheral arteries, such as the radial and digital arteries, through which the user's heart rate can be measured. The accused product determines two metrics: heart rate and heart rate variability (HRV) (e.g., modulation) using its heart sensors. Heart rate represents the number of heartbeats within a given time period, while heart rate variability measures the variation in time between consecutive heartbeats.

The Oura Ring works on all fingers and can be worn on either hand.

For optimal performance and accuracy, we recommend wearing your Oura Ring on your index finger.

If you prefer another finger, the middle or ring fingers are the next best but try to avoid fingers with large knuckles (where the base of your finger is narrower than the knuckle). Try a few sizes on different fingers to find the ideal fit.

https://support.ouraring.com/hc/en-us/articles/360025590653-Tips-for-Determining-Your-Oura-Ring-Size



https://www.ncbi.nlm.nih.gov/books/NBK546583/figure/article-32410.image.f2/

HRV is simply a measure of the variation in time between each heartbeat. This variation is controlled by a primitive part of the nervous system called the autonomic nervous system (ANS). It works behind the scenes, automatically regulating our heart rate, blood pressure, breathing, and digestion among other key tasks. The ANS is subdivided into two large components: the sympathetic and the parasympathetic nervous system, also known as the fight-or-flight mechanism and the relaxation response.

https://www.health.harvard.edu/blog/heart-rate-variability-new-way-track-well-2017112212789

But why use HRV to measure stress? According to Harvard, HRV is controlled by our autonomic nervous system (ANS). It's a part of our nervous system that automatically adjusts our heart rate, blood pressure, and breathing rate in response to environmental stressors. This part of the nervous system is balanced by two parts that control our high stress flight/fight response and relaxed states. If your HRV is low — if there exists a slight variation between heartbeats — it's a possible indicator that your ANS could be in a higher stress mode. If your HRV is high and the intervals between heartbeats are more varied, you're likely in a more relaxed state.

https://www.androidauthority.com/how-does-galaxy-watch-measure-stress-3234828/

Simply, HRV is a measure of the variation in time between your heartbeats and can be used as a guide to help manage stress. If you're in fight-or-flight mode, for example, your heart pumps faster and time between beats becomes shorter. This reduces HRV and indicates higher stress.

https://www.webmd.com/balance/stress-management/news/20240104/heart-rate-variability-anti-stress-weapon

As shown below, a measured heart rate variability value is compared to its baseline HRV value to determine whether HRV value is a high value or low value. Based on the comparison, the accused product determines whether a user is in stressed state (e.g., low HRV value) or relaxed state (e.g., high HRV value).

- If you're using a heart rate variability tracker for the first time, look at your HRV average over the course of a week to learn your baseline. Once you learn your baseline, you'll have a better idea of what a high or low HRV is for you, then can take steps to modify your routine depending on how you're tracking. "It is better to follow your own individual trend of HRV over time to help you make decisions on any given day," he adds.

https://www.hss.edu/article_heart-rate-variability.asp

Generally, the normal heart rate at rest for adults is between 60 and 100 beats per minute. [4] The average HRV for a person with a resting heart rate of 60 beats per minute would be one second, but actual HRV values could have a broader fluctuation. [5]

There isn't a specific "normal" range that applies to everyone. One person's normal could be abnormal for you. Consistently wearing a tracking device for a few weeks can help you determine your baseline HRV measurement.

https://www.verywellhealth.com/heart-rate-variability-5215411

If you track your HRV data at home using a smartwatch or fitness tracker, it's a good idea to compare your data to your own baseline. Generally, a higher HRV is considered "better" than a lower HRV, but this varies from person to person. If you notice any major shifts in your HRV, talk with a healthcare professional.

https://www.healthline.com/health/heart-health/heart-rate-variability-chart#hrv-guidelines



Source: Usage of the accused product



https://www.youtube.com/watch?v=xGBDEcGY0a4

## What Is Live Heart Rate?

With Live Heart Rate, you can check your heart rate at any time during the day. Just tap to see your heart rate instantly. You can access Live Heart Rate through the 24-hour heart rate graph.

## How Live Heart Rate Works

Oura uses green LEDs to measure your heart rate in real-time. The process uses photoplethysmography (PPG) technology at a frequency of 50Hz.

PPG technology works by shining a light onto the surface of your skin. When this reaches your blood vessels, some of the light is reflected back onto a photodetector. The intensity of light reflected back captures the amount of blood in your blood vessel via a waveform.

https://support.ouraring.com/hc/en-us/articles/4410651298963-Live-Heart-Rate

### How to Use Live Heart Rate

**1.** Go to your home screen to view your 24-hour heart rate graph. You'll see your most recent heart rate reading along with how recently it was updated.



https://support.ouraring.com/hc/en-us/articles/4410651298963-Live-Heart-Rate

**3.** Once the reading is complete, your heart rate graph will update with your current heart rate in beats per minute (BPM).



https://support.ouraring.com/hc/en-us/articles/4410651298963-Live-Heart-Rate

## Oura's HRV Measurements

Monitoring your HRV with a wearable like Oura over time can provide clues about your physical and mental health. That's why HRV is one of the contributors to your daily Readiness Score in the Oura App, which tells you how primed your body is for the day ahead. Oura members can also track their long-term HRV data in the Trends tab to monitor their stress levels over a period of time.

https://ouraring.com/blog/hrv-and-stress/?srsltid=AfmBOopskludCj60Yu8nPML949w-HauShr0NsECbPT3ERRAnxsAUks2X

# How to Detect Stress by Monitoring Your HRV

HRV monitoring can help you track how your HRV changes over time, providing insights into the state of your nervous system. It can reveal how your body responds to both external stressors and internal factors such as your thoughts, emotions, and feelings. While your doctor can order an electrocardiogram (ECG) to measure your HRV, the easiest way to track it is with a wearable device like Oura Ring.

Here are four ways you can use your Oura HRV data to detect stress:

## 1. Establish Your Baseline

After a few weeks of wearing your Oura Ring, the Oura App will establish your baseline HRV. Once you know your baseline, you'll be able to detect any significant variations.

https://ouraring.com/blog/hrv-and-stress/?srsltid=AfmBOopskludCj60Yu8nPML949w-HauShr0NsECbPT3ERRAnxsAUks2X



Source: Usage of the accused product

## What Is Daytime Stress?

Stress is your body's natural response to both internal and external challenges and is neither inherently good nor bad. Everyone feels stress, but the causes — and how we respond — are highly personal. Physical activity, work, illness, jetlag, emotional stress, hormone fluctuations, social interactions, and stimulants like coffee can all be stressors on the body.

https://support.ouraring.com/hc/en-us/articles/21205822135315-Daytime-Stress



https://support.ouraring.com/hc/en-us/articles/21205822135315-Daytime-Stress

As shown below, the accused product comprises a processor.



*Source: Teardown of the accused product*

| writing the at least one limit to a non-transitory computer readable medium; | The accused product practices writing the at least one limit (e.g., baseline limit) to a non-transitory computer readable medium (e.g., memory of the accused product).<br><br>The accused product determines heart rate (e.g., pulse rate) and heart rate variability (e.g., modulation) using heart rate sensors. It calculates values for these metrics from the sensor data using its processor.<br><br>The accused product provides a stress determination feature. It estimates stress of a person using heart rate and heart rate variability metrices. For the stress estimation, it determines a baseline value of HRV which is a rolling average of earlier measured HRV values. |
| --- | --- |

## What Is Live Heart Rate?

With Live Heart Rate, you can check your heart rate at any time during the day. Just tap to see your heart rate instantly. You can access Live Heart Rate through the 24-hour heart rate graph.

## How Live Heart Rate Works

Oura uses green LEDs to measure your heart rate in real-time. The process uses photoplethysmography (PPG) technology at a frequency of 50Hz.

PPG technology works by shining a light onto the surface of your skin. When this reaches your blood vessels, some of the light is reflected back onto a photodetector. The intensity of light reflected back captures the amount of blood in your blood vessel via a waveform.

https://support.ouraring.com/hc/en-us/articles/4410651298963-Live-Heart-Rate

## How to Use Live Heart Rate

**1.** Go to your home screen to view your 24-hour heart rate graph. You'll see your most recent heart rate reading along with how recently it was updated.



https://support.ouraring.com/hc/en-us/articles/4410651298963-Live-Heart-Rate

**3.** Once the reading is complete, your heart rate graph will update with your current heart rate in beats per minute (BPM).



https://support.ouraring.com/hc/en-us/articles/4410651298963-Live-Heart-Rate



Source: Usage of the accused product

### How Oura Measures HRV

Oura calculates your nighttime HRV using the root mean square of the successive differences (rMSSD), a well-known HRV parameter that provides a reliable and accurate view of your autonomic nervous system's activity. **The average HRV you see is the mean of all five-minute samples taken while you sleep.** Oura accounts for changes in your HRV every five minutes throughout the night, instead of just once at a single point during the night. This continuous tracking offers greater accuracy and gives you a more detailed view of how your body is responding to stress from the previous day—and how well it's preparing for the day ahead.

https://support.ouraring.com/hc/en-us/articles/360025441974-Heart-Rate-Variability

Oura provides you with the following heart rate variability metrics:

- **Average HRV**: Your average HRV captured over the entire night
- **Max HRV**: Your highest HRV value captured over the entire night





https://support.ouraring.com/hc/en-us/articles/360025441974-Heart-Rate-Variability



Source: Usage of the accused product

As shown below, the Oura Ring functions when worn on any finger of the user's hand. A hand contains several peripheral arteries, such as the radial and digital arteries, through which the user's heart rate can be measured. The accused product determines two metrics: heart rate and heart rate variability (HRV) (e.g., modulation) using its heart sensors. Heart rate represents the number of heartbeats within a given time period, while heart rate variability measures the variation in time between consecutive heartbeats.

The Oura Ring works on all fingers and can be worn on either hand.

For optimal performance and accuracy, we recommend wearing your Oura Ring on your index finger.

If you prefer another finger, the middle or ring fingers are the next best but try to avoid fingers with large knuckles (where the base of your finger is narrower than the knuckle). Try a few sizes on different fingers to find the ideal fit.

https://support.ouraring.com/hc/en-us/articles/360025590653-Tips-for-Determining-Your-Oura-Ring-Size



https://www.ncbi.nlm.nih.gov/books/NBK546583/figure/article-32410.image.f2/

HRV is simply a measure of the variation in time between each heartbeat. This variation is controlled by a primitive part of the nervous system called the autonomic nervous system (ANS). It works behind the scenes, automatically regulating our heart rate, blood pressure, breathing, and digestion among other key tasks. The ANS is subdivided into two large components: the sympathetic and the parasympathetic nervous system, also known as the fight-or-flight mechanism and the relaxation response.

https://www.health.harvard.edu/blog/heart-rate-variability-new-way-track-well-2017112212789

But why use HRV to measure stress? According to Harvard, HRV is controlled by our autonomic nervous system (ANS). It's a part of our nervous system that automatically adjusts our heart rate, blood pressure, and breathing rate in response to environmental stressors. This part of the nervous system is balanced by two parts that control our high stress flight/fight response and relaxed states. If your HRV is low — if there exists a slight variation between heartbeats — it's a possible indicator that your ANS could be in a higher stress mode. If your HRV is high and the intervals between heartbeats are more varied, you're likely in a more relaxed state.

https://www.androidauthority.com/how-does-galaxy-watch-measure-stress-3234828/

Simply, HRV is a measure of the variation in time between your heartbeats and can be used as a guide to help manage stress. If you're in fight-or-flight mode, for example, your heart pumps faster and time between beats becomes shorter. This reduces HRV and indicates higher stress.

https://www.webmd.com/balance/stress-management/news/20240104/heart-rate-variability-anti-stress-weapon

As shown below, a measured heart rate variability value is compared to its baseline HRV value to determine whether HRV value is a high value or low value. Based on the comparison, the accused product determines whether a user is in stressed state (e.g., low HRV value) or relaxed state (e.g., high HRV value).

- If you're using a heart rate variability tracker for the first time, look at your HRV average over the course of a week to learn your baseline. Once you learn your baseline, you'll have a better idea of what a high or low HRV is for you, then can take steps to modify your routine depending on how you're tracking. "It is better to follow your own individual trend of HRV over time to help you make decisions on any given day," he adds.

https://www.hss.edu/article_heart-rate-variability.asp

Generally, the normal heart rate at rest for adults is between 60 and 100 beats per minute.[4] The average HRV for a person with a resting heart rate of 60 beats per minute would be one second, but actual HRV values could have a broader fluctuation.[5]

There isn't a specific "normal" range that applies to everyone. One person's normal could be abnormal for you. Consistently wearing a tracking device for a few weeks can help you determine your baseline HRV measurement.

https://www.verywellhealth.com/heart-rate-variability-5215411

If you track your HRV data at home using a smartwatch or fitness tracker, it's a good idea to compare your data to your own baseline. Generally, a higher HRV is considered "better" than a lower HRV, but this varies from person to person. If you notice any major shifts in your HRV, talk with a healthcare professional.

https://www.healthline.com/health/heart-health/heart-rate-variability-chart#hrv-guidelines



Source: Usage of the accused product



https://www.youtube.com/watch?v=xGBDEcGY0a4

## What Is Live Heart Rate?

With Live Heart Rate, you can check your heart rate at any time during the day. Just tap to see your heart rate instantly. You can access Live Heart Rate through the 24-hour heart rate graph.

## How Live Heart Rate Works

Oura uses green LEDs to measure your heart rate in real-time. The process uses photoplethysmography (PPG) technology at a frequency of 50Hz.

PPG technology works by shining a light onto the surface of your skin. When this reaches your blood vessels, some of the light is reflected back onto a photodetector. The intensity of light reflected back captures the amount of blood in your blood vessel via a waveform.

https://support.ouraring.com/hc/en-us/articles/4410651298963-Live-Heart-Rate

## How to Use Live Heart Rate

**1.** Go to your home screen to view your 24-hour heart rate graph. You'll see your most recent heart rate reading along with how recently it was updated.



https://support.ouraring.com/hc/en-us/articles/4410651298963-Live-Heart-Rate

**3.** Once the reading is complete, your heart rate graph will update with your current heart rate in beats per minute (BPM).



https://support.ouraring.com/hc/en-us/articles/4410651298963-Live-Heart-Rate

## Oura's HRV Measurements

Monitoring your HRV with a wearable like Oura over time can provide clues about your physical and mental health. That's why HRV is one of the contributors to your daily Readiness Score in the Oura App, which tells you how primed your body is for the day ahead. Oura members can also track their long-term HRV data in the Trends tab to monitor their stress levels over a period of time.

https://ouraring.com/blog/hrv-and-stress/?srsltid=AfmBOopskludCj60Yu8nPML949w-HauShr0NsECbPT3ERRAnxsAUks2X

# How to Detect Stress by Monitoring Your HRV

HRV monitoring can help you track how your HRV changes over time, providing insights into the state of your nervous system. It can reveal how your body responds to both external stressors and internal factors such as your thoughts, emotions, and feelings. While your doctor can order an electrocardiogram (ECG) to measure your HRV, the easiest way to track it is with a wearable device like Oura Ring.

Here are four ways you can use your Oura HRV data to detect stress:

# 1. Establish Your Baseline

After a few weeks of wearing your Oura Ring, the Oura App will establish your baseline HRV. Once you know your baseline, you'll be able to detect any significant variations.

https://ouraring.com/blog/hrv-and-stress/?srsltid=AfmBOopskludCj60Yu8nPML949w-HauShr0NsECbPT3ERRAnxsAUks2X



Source: Usage of the accused product

**Normal HRV can range anywhere from below 20 to over 200 milliseconds**, depending on various factors such as age, sex, physical fitness, and genetics. The HRV value provided by Oura falls within this same range. HRV is a highly individual measure and you should compare your own HRV only with your own trends.

**As a general rule:**

- **High HRV** (relative to your baseline) is associated with activation of your "rest-and-digest" branch, general physical fitness, and good recovery. Higher average nighttime HRV measurements have also been linked to better sleep quality and vice-versa.
- **Low HRV** (relative to your baseline) is associated with activation of your "fight-or-flight" branch, stress (both good and bad), illness, and overtraining.

https://support.ouraring.com/hc/en-us/articles/360025441974-Heart-Rate-Variability

## What Is Daytime Stress?

Stress is your body's natural response to both internal and external challenges and is neither inherently good nor bad. Everyone feels stress, but the causes — and how we respond — are highly personal. Physical activity, work, illness, jetlag, emotional stress, hormone fluctuations, social interactions, and stimulants like coffee can all be stressors on the body.

https://support.ouraring.com/hc/en-us/articles/21205822135315-Daytime-Stress



https://support.ouraring.com/hc/en-us/articles/21205822135315-Daytime-Stress

As shown below, the accused product comprises a processor and a RAM memory storage.

## **Memory Capacity**

We recommend you sync your Oura Ring daily with your Oura App. However, the Oura Ring is capable of storing up to one week of data depending on the type and frequency of use. This means that your ring can continue to collect data without syncing to your device for up to one week. This would apply in the case that you wanted to enable Airplane Mode for an extended period of time.

https://support.ouraring.com/hc/en-us/articles/360025428394-Product-Safety-Use



https://www.smartprix.com/smart_rings/oura-ring-4-ppd1yc6av0m2



*Source: Teardown of the accused product*

| | |
|---|---|
| comparing, with the microcontroller, one or more measured instances of the modulation, a blood flow rate, and the pulse rate to at least one of the modulation limit value, the pulse rate limit value, and the blood flow limit value; and | The accused product practices comparing (e.g., comparing baseline HRV value with a measured HRV value to determine stress level), with the microcontroller (e.g., processor of the accused product), one or more measured instances of the modulation (e.g., heart rate variability, HRV, etc.), a blood flow rate, and the pulse rate (e.g., heart rate) to at least one of the modulation limit value (e.g., baseline HRV value), the pulse rate limit value, and the blood flow limit value.<br><br>The accused product determines heart rate (e.g., pulse rate) and heart rate variability (e.g., modulation) using heart rate sensors. It calculates values for these metrics from the sensor data using its processor.<br><br>The accused product provides a stress determination feature. It estimates stress of a person using heart rate and heart rate variability metrices. For the stress estimation, it determines a baseline value of HRV which is a rolling average of earlier measured HRV |

| | values. |
| --- | --- |
| | When the current measured HRV value is greater than the baseline value of HRV, the accused product estimates it to be relaxed or less stress condition and when the current measured HRV value is less than the baseline value of HRV, it is estimated to be a stressed condition. |
| | **Oura's HRV Measurements** |
| | Monitoring your HRV with a wearable like Oura over time can provide clues about your physical and mental health. That's why HRV is one of the contributors to your daily Readiness Score in the Oura App, which tells you how primed your body is for the day ahead. Oura members can also track their long-term HRV data in the Trends tab to monitor their stress levels over a period of time. |
| | https://ouraring.com/blog/hrv-and-stress/?srsltid=AfmBOopskludCj60Yu8nPML949w-HauShr0NsECbPT3ERRAnxsAUks2X |

# How to Detect Stress by Monitoring Your HRV

HRV monitoring can help you track how your HRV changes over time, providing insights into the state of your nervous system. It can reveal how your body responds to both external stressors and internal factors such as your thoughts, emotions, and feelings. While your doctor can order an electrocardiogram (ECG) to measure your HRV, the easiest way to track it is with a wearable device like Oura Ring.

Here are four ways you can use your Oura HRV data to detect stress:

## 1. Establish Your Baseline

After a few weeks of wearing your Oura Ring, the Oura App will establish your baseline HRV. Once you know your baseline, you'll be able to detect any significant variations.

https://ouraring.com/blog/hrv-and-stress/?srsltid=AfmBOopskludCj60Yu8nPML949w-HauShr0NsECbPT3ERRAnxsAUks2X



Source: Usage of the accused product

**Normal HRV can range anywhere from below 20 to over 200 milliseconds**, depending on various factors such as age, sex, physical fitness, and genetics. The HRV value provided by Oura falls within this same range. HRV is a highly individual measure and you should compare your own HRV only with your own trends.

**As a general rule:**

- **High HRV** (relative to your baseline) is associated with activation of your "rest-and-digest" branch, general physical fitness, and good recovery. Higher average nighttime HRV measurements have also been linked to better sleep quality and vice-versa.
- **Low HRV** (relative to your baseline) is associated with activation of your "fight-or-flight" branch, stress (both good and bad), illness, and overtraining.

https://support.ouraring.com/hc/en-us/articles/360025441974-Heart-Rate-Variability

As shown below, the Oura Ring functions when worn on any finger of the user's hand. A hand contains several peripheral arteries, such as the radial and digital arteries, through which the user's heart rate can be measured. The accused product determines two metrics: heart rate and heart rate variability (HRV) (e.g., modulation) using its heart sensors. Heart rate represents the number of heartbeats within a given time period, while heart rate variability measures the variation in time between consecutive heartbeats.

The Oura Ring works on all fingers and can be worn on either hand.

For optimal performance and accuracy, we recommend wearing your Oura Ring on your index finger.

If you prefer another finger, the middle or ring fingers are the next best but try to avoid fingers with large knuckles (where the base of your finger is narrower than the knuckle). Try a few sizes on different fingers to find the ideal fit.

https://support.ouraring.com/hc/en-us/articles/360025590653-Tips-for-Determining-Your-Oura-Ring-Size



https://www.ncbi.nlm.nih.gov/books/NBK546583/figure/article-32410.image.f2/

HRV is simply a measure of the variation in time between each heartbeat. This variation is controlled by a primitive part of the nervous system called the autonomic nervous system (ANS). It works behind the scenes, automatically regulating our heart rate, blood pressure, breathing, and digestion among other key tasks. The ANS is subdivided into two large components: the sympathetic and the parasympathetic nervous system, also known as the fight-or-flight mechanism and the relaxation response.

https://www.health.harvard.edu/blog/heart-rate-variability-new-way-track-well-2017112212789

But why use HRV to measure stress? According to Harvard, HRV is controlled by our autonomic nervous system (ANS). It's a part of our nervous system that automatically adjusts our heart rate, blood pressure, and breathing rate in response to environmental stressors. This part of the nervous system is balanced by two parts that control our high stress flight/fight response and relaxed states. If your HRV is low — if there exists a slight variation between heartbeats — it's a possible indicator that your ANS could be in a higher stress mode. If your HRV is high and the intervals between heartbeats are more varied, you're likely in a more relaxed state.

https://www.androidauthority.com/how-does-galaxy-watch-measure-stress-3234828/

Simply, HRV is a measure of the variation in time between your heartbeats and can be used as a guide to help manage stress. If you're in fight-or-flight mode, for example, your heart pumps faster and time between beats becomes shorter. This reduces HRV and indicates higher stress.

https://www.webmd.com/balance/stress-management/news/20240104/heart-rate-variability-anti-stress-weapon

As shown below, a measured heart rate variability value is compared to its baseline HRV value to determine whether HRV value is a high value or low value. Based on the comparison, the accused product determines whether a user is in stressed state (e.g., low HRV value) or relaxed state (e.g., high HRV value).

- If you're using a heart rate variability tracker for the first time, look at your HRV average over the course of a week to learn your baseline. Once you learn your baseline, you'll have a better idea of what a high or low HRV is for you, then can take steps to modify your routine depending on how you're tracking. "It is better to follow your own individual trend of HRV over time to help you make decisions on any given day," he adds.

https://www.hss.edu/article_heart-rate-variability.asp

Generally, the normal heart rate at rest for adults is between 60 and 100 beats per minute.[4] The average HRV for a person with a resting heart rate of 60 beats per minute would be one second, but actual HRV values could have a broader fluctuation.[5]

There isn't a specific "normal" range that applies to everyone. One person's normal could be abnormal for you. Consistently wearing a tracking device for a few weeks can help you determine your baseline HRV measurement.

https://www.verywellhealth.com/heart-rate-variability-5215411

If you track your HRV data at home using a smartwatch or fitness tracker, it's a good idea to compare your data to your own baseline. Generally, a higher HRV is considered "better" than a lower HRV, but this varies from person to person. If you notice any major shifts in your HRV, talk with a healthcare professional.

https://www.healthline.com/health/heart-health/heart-rate-variability-chart#hrv-guidelines

# Oura's HRV Measurements

Monitoring your HRV with a wearable like Oura over time can provide clues about your physical and mental health. That's why HRV is one of the contributors to your daily Readiness Score in the Oura App, which tells you how primed your body is for the day ahead. Oura members can also track their long-term HRV data in the Trends tab to monitor their stress levels over a period of time.

https://ouraring.com/blog/hrv-and-stress/?srsltid=AfmBOopskludCj60Yu8nPML949w-HauShr0NsECbPT3ERRAnxsAUks2X

# How to Detect Stress by Monitoring Your HRV

HRV monitoring can help you track how your HRV changes over time, providing insights into the state of your nervous system. It can reveal how your body responds to both external stressors and internal factors such as your thoughts, emotions, and feelings. While your doctor can order an electrocardiogram (ECG) to measure your HRV, the easiest way to track it is with a wearable device like Oura Ring.

Here are four ways you can use your Oura HRV data to detect stress:

## 1. Establish Your Baseline

After a few weeks of wearing your Oura Ring, the Oura App will establish your baseline HRV. Once you know your baseline, you'll be able to detect any significant variations.

https://ouraring.com/blog/hrv-and-stress/?srsltid=AfmBOopskludCj60Yu8nPML949w-HauShr0NsECbPT3ERRAnxsAUks2X



Source: Usage of the accused product

**Normal HRV can range anywhere from below 20 to over 200 milliseconds**, depending on various factors such as age, sex, physical fitness, and genetics. The HRV value provided by Oura falls within this same range. HRV is a highly individual measure and you should compare your own HRV only with your own trends.

**As a general rule:**

- **High HRV** (relative to your baseline) is associated with activation of your "rest-and-digest" branch, general physical fitness, and good recovery. Higher average nighttime HRV measurements have also been linked to better sleep quality and vice-versa.
- **Low HRV** (relative to your baseline) is associated with activation of your "fight-or-flight" branch, stress (both good and bad), illness, and overtraining.

https://support.ouraring.com/hc/en-us/articles/360025441974-Heart-Rate-Variability

## What Is Daytime Stress?

Stress is your body's natural response to both internal and external challenges and is neither inherently good nor bad. Everyone feels stress, but the causes — and how we respond — are highly personal. Physical activity, work, illness, jetlag, emotional stress, hormone fluctuations, social interactions, and stimulants like coffee can all be stressors on the body.

https://support.ouraring.com/hc/en-us/articles/21205822135315-Daytime-Stress



https://support.ouraring.com/hc/en-us/articles/21205822135315-Daytime-Stress

| | |
|---|---|
| outputting a prompt from the microcontroller via a user interface to a person if the one or more measured instances of the modulation, the blood flow rate, and the pulse rate falls outside the modulation limit value, the pulse rate limit value, and the blood flow limit value. | The accused product practices outputting a prompt (e.g., alert, message, etc.) from the microcontroller (e.g., processor of the accused product) via a user interface (e.g., user interface at the display of the accused product) to a person (e.g., a user of the accused product) if the one or more measured instances of the modulation (e.g., current measured HRV), the blood flow rate, and the pulse rate (e.g., current measured heart rate) falls outside the modulation limit value (e.g., baseline HRV value), the pulse rate limit value, and the blood flow limit value.<br><br>The accused product determines heart rate (e.g., pulse rate) and heart rate variability (e.g., modulation) using heart rate sensors. It calculates values for these metrics from the sensor data using its processor.<br><br>The accused product provides a stress determination feature. It estimates stress of a person using heart rate and heart rate variability metrices. For the stress estimation, it |

determines a baseline value of HRV which is a rolling average of earlier measured HRV values. It compares a current measured HRV value with the baseline HRV value for stress estimation.

When the current measured HRV value is greater than the baseline value of HRV, the accused product estimates it to be relaxed or less stress condition and when the current measured HRV value is less than the baseline value of HRV, it is estimated to be a stressed condition. The accused product generates a message at a display using the processor regarding the stress condition of the user.



https://support.ouraring.com/hc/en-us/articles/21205822135315-Daytime-Stress

# Oura's HRV Measurements

Monitoring your HRV with a wearable like Oura over time can provide clues about your physical and mental health. That's why HRV is one of the contributors to your daily Readiness Score in the Oura App, which tells you how primed your body is for the day ahead. Oura members can also track their long-term HRV data in the Trends tab to monitor their stress levels over a period of time.

https://ouraring.com/blog/hrv-and-stress/?srsltid=AfmBOopskludCj60Yu8nPML949w-HauShr0NsECbPT3ERRAnxsAUks2X

# How to Detect Stress by Monitoring Your HRV

HRV monitoring can help you track how your HRV changes over time, providing insights into the state of your nervous system. It can reveal how your body responds to both external stressors and internal factors such as your thoughts, emotions, and feelings. While your doctor can order an electrocardiogram (ECG) to measure your HRV, the easiest way to track it is with a wearable device like Oura Ring.

Here are four ways you can use your Oura HRV data to detect stress:

## 1. Establish Your Baseline

After a few weeks of wearing your Oura Ring, the Oura App will establish your baseline HRV. Once you know your baseline, you'll be able to detect any significant variations.

https://ouraring.com/blog/hrv-and-stress/?srsltid=AfmBOopskludCj60Yu8nPML949w-HauShr0NsECbPT3ERRAnxsAUks2X



Source: Usage of the accused product

**Normal HRV can range anywhere from below 20 to over 200 milliseconds**, depending on various factors such as age, sex, physical fitness, and genetics. The HRV value provided by Oura falls within this same range. HRV is a highly individual measure and you should compare your own HRV only with your own trends.

**As a general rule:**

- **High HRV** (relative to your baseline) is associated with activation of your "rest-and-digest" branch, general physical fitness, and good recovery. Higher average nighttime HRV measurements have also been linked to better sleep quality and vice-versa.
- **Low HRV** (relative to your baseline) is associated with activation of your "fight-or-flight" branch, stress (both good and bad), illness, and overtraining.

https://support.ouraring.com/hc/en-us/articles/360025441974-Heart-Rate-Variability

As shown below, the Oura Ring functions when worn on any finger of the user's hand. A hand contains several peripheral arteries, such as the radial and digital arteries, through which the user's heart rate can be measured. The accused product determines two metrics: heart rate and heart rate variability (HRV) (e.g., modulation) using its heart sensors. Heart rate represents the number of heartbeats within a given time period, while heart rate variability measures the variation in time between consecutive heartbeats.

The Oura Ring works on all fingers and can be worn on either hand.

For optimal performance and accuracy, we recommend wearing your Oura Ring on your index finger.

If you prefer another finger, the middle or ring fingers are the next best but try to avoid fingers with large knuckles (where the base of your finger is narrower than the knuckle). Try a few sizes on different fingers to find the ideal fit.

https://support.ouraring.com/hc/en-us/articles/360025590653-Tips-for-Determining-Your-Oura-Ring-Size



https://www.ncbi.nlm.nih.gov/books/NBK546583/figure/article-32410.image.f2/

HRV is simply a measure of the variation in time between each heartbeat. This variation is controlled by a primitive part of the nervous system called the autonomic nervous system (ANS). It works behind the scenes, automatically regulating our heart rate, blood pressure, breathing, and digestion among other key tasks. The ANS is subdivided into two large components: the sympathetic and the parasympathetic nervous system, also known as the fight-or-flight mechanism and the relaxation response.

https://www.health.harvard.edu/blog/heart-rate-variability-new-way-track-well-2017112212789

But why use HRV to measure stress? According to Harvard, HRV is controlled by our autonomic nervous system (ANS). It's a part of our nervous system that automatically adjusts our heart rate, blood pressure, and breathing rate in response to environmental stressors. This part of the nervous system is balanced by two parts that control our high stress flight/fight response and relaxed states. If your HRV is low — if there exists a slight variation between heartbeats — it's a possible indicator that your ANS could be in a higher stress mode. If your HRV is high and the intervals between heartbeats are more varied, you're likely in a more relaxed state.

https://www.androidauthority.com/how-does-galaxy-watch-measure-stress-3234828/

Simply, HRV is a measure of the variation in time between your heartbeats and can be used as a guide to help manage stress. If you're in fight-or-flight mode, for example, your heart pumps faster and time between beats becomes shorter. This reduces HRV and indicates higher stress.

https://www.webmd.com/balance/stress-management/news/20240104/heart-rate-variability-anti-stress-weapon

- If you're using a heart rate variability tracker for the first time, look at your HRV average over the course of a week to learn your baseline. Once you learn your baseline, you'll have a better idea of what a high or low HRV is for you, then can take steps to modify your routine depending on how you're tracking. "It is better to follow your own individual trend of HRV over time to help you make decisions on any given day," he adds.

https://www.hss.edu/article_heart-rate-variability.asp

Generally, the normal heart rate at rest for adults is between 60 and 100 beats per minute.[4] The average HRV for a person with a resting heart rate of 60 beats per minute would be one second, but actual HRV values could have a broader fluctuation.[5]

There isn't a specific "normal" range that applies to everyone. One person's normal could be abnormal for you. Consistently wearing a tracking device for a few weeks can help you determine your baseline HRV measurement.

https://www.verywellhealth.com/heart-rate-variability-5215411

If you track your HRV data at home using a smartwatch or fitness tracker, it's a good idea to compare your data to your own baseline. Generally, a higher HRV is considered "better" than a lower HRV, but this varies from person to person. If you notice any major shifts in your HRV, talk with a healthcare professional.

https://www.healthline.com/health/heart-health/heart-rate-variability-chart#hrv-guidelines